IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>COLBY TANNER ZIER,<br><br>  Defendant. | CR 25–02–BU–DLC<br><br><br><br>ORDER |

This matter comes before the Court on the United States' Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on October 3, 2025. (Doc. 30).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 924(d). (Docs. 31, 31-1).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The Motion for Final Order of Forfeiture (Doc. 34) is GRANTED;

1

2. The United States shall return the following property to its lawful owner Brian Richards:

   - Smith and Wesson, model Pro Series, .357 caliber revolver, SN: CWS7730.

3. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

   - Glock, model 22, .40 caliber pistol, SN: LGR650; and
   - Assorted ammunition.

4. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 19th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court